```
McGREGOR W. SCOTT
United States Attorney
MARK J. KcKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED

SEP 12 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07 MJ 00210 DLB |
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 1701 |
| v. | (Class B Misdemeanor) |
| RUSSELL WAYNE ALLEN II, | |
| Defendant. | |

## I N F O R M A T I O N

The United States Attorney charges:   T H A T

Russell Wayne Allen II,

defendant herein, between approximately May 2004 and July 29, 2004, in Tehachapi, California in the State and Eastern District of California, did knowingly and willfully obstruct the passage of mail by opening seven greeting cards addressed to other people and removing $50 in cash and several checks in violation of Title 18, United States Code, Section 1701.

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: 9/12/07                      By _____
                                      MARK J. KcKEON
                                      Assistant U.S. Attorney

1